UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERTO C. SALVI, | : <br> : <br> : CASE NO: 2:15-cv-06460-SRC-CLW |
| Plaintiff, | : <br> : |
| vs. | : <br> : |
| CURTIS L.L.C., a New Jersey limited liability company, d/b/a WESTWOOD PROFESSIONAL BUILDING, | : <br> : <br> : <br> : |
| Defendant. | : <br> : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, ALBERTO C. SALVI, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

Dated: This 8th day of November, 2015.

Respectfully submitted,

By: _____
Robert J. Mirel, Esq.
NJ Attorney ID #000322001
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd, Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: rjm@weitzfirm.com